UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP,<br><br>          Defendant. | Case No. 25-mc-80064-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lisa J. Cisneros for consideration of whether the case is related to *Quinn Emanuel Urquhart & Sullivan LLP*, 25-mc-80048-LJC.

**IT IS SO ORDERED.**

Dated: March 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Hixson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge